**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, et al.,
                         Petitioners,           20 **CIVIL** 5210 (VM)

           -against-                                   **JUDGMENT**

CARLITO'S CONTRACTING CORP.,
                       Respondents.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 16, 2021, the Petition of Petitioners Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, Training Program Fund, and the Mason Tenders District Council of Greater New York is GRANTED, in the amount of $11,493.83 plus post-judgment interest; accordingly, the case is closed.

**Dated**: New York, New York
          August 16, 2021

                                             **RUBY J. KRAJICK**
                                             _____
                                             **Clerk of Court**
                     **BY:**
                                             *K. Mango*
                                             _____
                                             **Deputy Clerk**